IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,

    Plaintiff,
v.                                                               CASE NO. 5:12-cv-284-RS-GRJ

OFFICER KOMARY, et al.,

    Defendants.

_____/

**O R D E R**

This cause is before the Court upon Plaintiff's civil rights complaint, filed under 42 U.S.C. § 1983.  (Doc. 1.)

Plaintiff's complaint is deficient, in that the complaint is written in Spanish. All documents tendered for filing in this Court must be written in English.  Plaintiff will be required to correct this deficiency in an amended complaint.  To amend the complaint, plaintiff should completely fill out a new civil rights complaint form marking it "Amended Complaint."  The amended complaint must contain all of Plaintiff's allegations, and it should not in any way refer to the original complaint.  Once an amended complaint is filed, all earlier complaints are disregarded.  N.D. Fla. Loc. R. 15.1.

Additionally, plaintiff neither paid the $350.00 filing fee nor applied for leave to proceed *in forma pauperis*.  Plaintiff's case cannot proceed until he either pays the filing fee or establishes his indigence.  A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust

account for the six-month period immediately preceding the filing of the complaint). Plaintiff must either pay the $350.00 filing fee or file an original application to proceed *in forma pauperis* in **each** case he files with this Court.

Accordingly, it is **ORDERED**:

1. The clerk shall send plaintiff a § 1983 complaint form and a form application to proceed *in forma pauperis*. This case number should be written on the forms.

2. Plaintiff shall file an amended complaint, which shall be typed or clearly written in English, and submitted on the court form **on or before October 12, 2012**. Plaintiff shall submit an identical service copy of the amended complaint for each defendant.

3. Within the same time period, plaintiff shall either submit payment in the amount of $350.00, or file a complete application to proceed *in forma pauperis*.

4. Plaintiff's failure to comply with this order as instructed will result in a recommendation that this case be dismissed for failure to comply with an order of the Court.

**DONE AND ORDERED** this 12th day of September 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge