IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,

    Plaintiff,
v.                                                           CASE NO. 5:12-cv-284-RS-GRJ

OFFICER KOMARY, et al.,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1.) On September 12, 2012, the Court entered an Order directing Plaintiff to file an amended complaint written in English, on the court form, with identical service copies for each defendant. (Doc. 3.) The Court also directed Plaintiff to either submit the filing fee or file an application to proceed *in forma pauperis*. *Id.* The deadline for filing these documents was October 12, 2012. Because Plaintiff failed to file an amended petition, pay the filing fee, or file a motion for leave to proceed *in forma pauperis* by the deadline, the Court entered an Order directing Petitioner to show cause why the case should not be dismissed. (Doc. 4.) Plaintiff was advised in the Court's Order to Show Cause that failure to comply would result in a recommendation to the district judge that this case be dismissed. As of the date of this report and recommendation, Plaintiff has failed to update his address or to respond to the show cause order, and has not filed any papers in this case since September 4, 2012.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 14th day of November 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**