IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,

    Plaintiff,

v.                                        CASE NO. 5:12-cv-284-RS-GRJ

OFFICER KOMARY, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendations (Doc. 5).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's complaint is **DISMISSED without prejudice** for failure to comply with an order of the Court and failure to prosecute.

3. The Clerk is directed to close the file.

**ORDERED** on December 14, 2012.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**